Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Division Alexandria

2018 JUL 23 P 3: 41

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Tina Smith

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CSRA

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:18-CV-915-LO/JFA
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tina Smith
Street Address: 7532 Willow Lane
City and County: Falls Church (Fairfax)
State and Zip Code: VA 22042
Telephone Number: 571-926-1170
E-mail Address: tinaraquel@hotmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
　　Name: CSRA
　　Job or Title (if known): (Company)
　　Street Address: 3170 Fairfax Park Dr.
　　City and County: Falls Church (Fairfax)
　　State and Zip Code: VA 22042
　　Telephone Number: 703-641-2000
　　E-mail Address (if known):

Defendant No. 2
　　Name:
　　Job or Title (if known):
　　Street Address:
　　City and County:
　　State and Zip Code:
　　Telephone Number:
　　E-mail Address (if known):

Defendant No. 3
　　Name:
　　Job or Title (if known):
　　Street Address:
　　City and County:
　　State and Zip Code:
　　Telephone Number:
　　E-mail Address (if known):

Defendant No. 4
　　Name:
　　Job or Title (if known):
　　Street Address:
　　City and County:
　　State and Zip Code:
　　Telephone Number:
　　E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*I received a DOL OFCCP Right-To-Sue Letter (against CSRA) in relation to violations of ADA, Failure to Accomodate, Discrimination, Retaliation, wrongful termination, whistleblower and breach of contract. I am filing Pro Se as I retain representation.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy   $1,000,000

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Back pay, Future Pay and Damages come to $1,000,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have worked successfully in this position for 4 years with accommodations but in May 2017 CSRA moved me to a new location and reversed the accommodations. I formally and repeatedly requested again and was denied and forced to walk back and forth, several blocks, to/from parking garage and work site. I voiced concern and rejected/protested the wrongdoing and was retaliated against with wrongful termination. My disability was known for 4 yrs. prior.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The wrongs are continuing at present due to injury, discrimination, retaliation, wrongful termination, failure to accommodate due to race, sex and disability discrimination. Loss of Income approx $350,000 to date with the addition of future pay, medical bills, pain and suffering.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/23/18

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Tina Smith

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
__Alexandria__ DIVISION

__Tina Smith__
Plaintiff(s),

v.

__CSRA__
Defendant(s).

Civil Action Number: __1:18-CV-915__

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Complaint for a Civil Case__.
(Title of Document)

__Tina Smith__
Name of *Pro Se* Party (Print or Type)

__[signature]__
Signature of *Pro Se* Party

Executed on: __7/23/18__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)